# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR308 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| THOMAS HARLAN, | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED:

1. The Writ of Habeas Corpus Ad Prosequendum (Filing No. 44, at 5) is hereby cancelled; and

2. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal for this District.

DATED this 7th day of September, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge